UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY CORDOVA, | ) | CASE NO.: 3:20-cv-00169-LRH-WGC |
| Plaintiff | ) | |
| vs. | ) | **STIPULATION AND ORDER OF** |
| | ) | **DISMISSAL** |
| GATEWAY INSURANCE COMPANY, ABC | ) | |
| CORPORATIONS I-X, inclusive; BLACK & | ) | |
| WHITE COMPANIES I-X, inclusive; and | ) | |
| JOHN DOES I-X, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Anthony Cordova and Defendant Gateway Insurance Company, by and through

their counsel of record,  hereby stipulate under FRCP 41(a)(1)(A)(ii) that this action be

dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing

its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Anthony Cordova v. Gateway Insurance Company
Case No. 3:20-cv-00169-LRH-WGC
*Stipulation and Order of Dismissal With Prejudice*

Dated this ⎽26⎽ day of ⎽May⎽, 2020.    Dated this ⎽27⎽ day of ⎽May⎽, 2020.

COULTER HARSH LAW                      HUTCHISON & STEFFEN, PLLC

_____        _____
KARL H. SMITH, ESQ. (6504)             SCOTT A. FLINDERS, ESQ. (6975)
403 Hill Street                        Peccole Professional Park
Reno, NV 89501                         10080 West Alta Drive, Suite 200
*Attorneys for Plaintiff*              Las Vegas, Nevada 89145
                                       *Attorney for Defendant*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

DATED this 28th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 2 -